IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| ALICIA CARTER<br>669 Pennsylvania Avenue<br>Brooklyn, New York 11207<br><br>AND<br><br>DARRIN CARTER<br>669 Pennsylvania Avenue<br>Brooklyn, New York 11207<br><br>   Plaintiffs,<br>vs.<br><br>HARBOR HOSPITAL, INCORPORATED<br>d/b/a MEDSTAR HARBOR HOSPITAL<br>3001 South Hanover Street<br>Baltimore, Maryland 21225<br><br>AND<br><br>MEDSTAR AMBULATORY SERVICES, INC.<br>5565 Sterrett Place, 5th Floor<br>Columbia, Maryland 21044<br><br>   Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*  Case No.: JFM 17 CV 0289<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF REMOVAL

  Defendants, by and through undersigned counsel, files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and District of Maryland Local Rule 103.5(a), removing the above-captioned action to the United States District Court for the District of Maryland from the State of Maryland, Circuit Court for Baltimore City, and aver as follows:

  1.  The above-captioned action was initiated by Plaintiffs in the State of Maryland, Circuit Court for Baltimore City, on December 22, 2016. A true and correct copy of Plaintiffs'

Complaint and its accompanying Case Information Report are attached hereto collectively as Exhibit "A."

2. Service on the defendants was accomplished on January 12, 2017.

3. Today, January 31, 2017, Defendants are sending to the Circuit Court for Baltimore City a Notice of Filing Notice of Removal with a copy of this Notice attached thereto. A true and correct copy of Defendants' Notice of Filing of Notice of Removal is attached hereto as Exhibit "B."

4. Plaintiffs' Complaint alleges medical malpractice arising out of medical care in Baltimore City.

5. Plaintiffs' Complaint demands in excess of $75,000 in damages.

6. Plaintiffs are residents of the State of New York.

7. Defendant #1 Harbor Hospital, Incorporated d/b/a/ MedStar Harbor Hospital is a corporation organized in Maryland and with its principal place of business located in Baltimore City.

8. Defendant #2 MedStar Ambulatory Services, Inc. is a corporation organized in Maryland and with its principal place of business located in Baltimore City.

9. This Notice of Removal is being filed within thirty (30) days of the service on defendants of the Complaint as required by 28 U.S.C. 1446(b).

10. Both Defendants consent to the removal.

11. No pleadings, process or orders other than those indicated herein or appended hereto have been served upon Defendants, and therefore no other pleadings, process or orders are attached to this Notice as required by 28 U.S.C. §1446(a) and District of Maryland Local Rule 103(5)(a).

12. The Defendants filed an answer in the Circuit Court for Baltimore City, attached as Exhibit C.

13. All fees required by law in connection with this notice have been filed by Defendants.

**WHEREFORE**, Defendants remove the above-captioned matter now pending in the State of Maryland, Circuit Court for Baltimore City, to the United States District Court for the District of Maryland.

DATED: January 31, 2017

        Respectfully submitted,

        **WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By: _/s/ Shadonna E. Hale_
Angela W. Russell, Esquire (Bar # 15227)
Shadonna E. Hale, Esquire (Bar # 08108)
500 East Pratt Street, Suite 600
Baltimore, MD 21202
Phone: 410.539-1800
Facsimile: 410.962.8758
Angela.Russell@wilsonelser.com
Shadonna.Hale@wilsonelser.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2017, I caused a true and correct copy of the foregoing Notice of Removal to be mailed first-class, postage prepaid to:

William H. Murphy, Jr.
Nicholas A. Szokoly
Murphy & Falcon, PA
One South Street
23rd Floor
Baltimore, Maryland 21202
*Counsel for Plaintiffs*

                                                              /s/ Shadonna E. Hale
                                                            Shadonna E. Hale

645485v.1